UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTINA R. MONCK,

       Plaintiff,                                Case No. 1:15-CV-1167

v.                                                   HON. RAY KENT

COMMISSIONER OF SOCIAL
SECURITY

       Defendant,
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

Dated: March 27, 2017                /s/ Ray Kent
                                                 RAY KENT
                                                 United States Magistrate Judge